UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 1

| KING MAKER MARKETING INC. |
| :--- |
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

**S U M M O N S**

Court No. 24-00134

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ **Mario Toscano**
Clerk of the Court

**PROTEST**

| Port(s) of Entry: | 1001 New York City | Center (if known): | Agriculture and Prepared Products |
| :--- | :--- | :--- | :--- |
| Protest Number: | 1001-22-101163 | Date Protest Filed: | September 6, 2022 |
| Importer: | King Maker Marketing Inc | Date Protest Denied: | July 27, 2024 (Deemed) |
| Category of Merchandise: | Cigarettes | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
| :--- | :--- | :--- | :--- | :--- | :--- |
| See attached list | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

John M. Peterson
NEVILLE PETERSON LLP
One Exchange Plaza at 55 Broadway
New York, NY 10006
(212) 635-2730   jpeterson@npwny.com

Name, Address**,** Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| | | | | |

| Other |
|---|
| State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: Denial of claim for substitution unused merchandise, 19 U.S.C. Sec. 1313(j)(2) |

| The issue which was common to all such denied protests: |
|---|
| Whether the protest was timely filed; whether time imported merchandise is in Foreign Trade Zone counts against the time limit for filing claims. |

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/John M. Peterson
*Signature of Plaintiff's Attorney*

July 31, 2024
*Date*

# SCHEDULE OF PROTESTS

Agriculture and Prepared Products
_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 1001-22-101163 | 09/06/2022 | 7/27/2024 (deemed) | H5200049022 | 05/10/2018 | 03/18/2022 | 1001 |
| | | | H5200049030 | 05/10/2018 | 03/18/2022 | 1001 |
| | | | H5200049089 | 06/15/2018 | 03/18/2022 | 1001 |
| | | | H5200050228 | 07/05/2018 | 03/18/2022 | 1001 |
| | | | H5200050244 | 07/10/2018 | 03/18/2022 | 1001 |
| | | | H5200050350 | 07/27/2018 | 03/18/2022 | 1001 |
| | | | H5200050400 | 08/10/2018 | 03/18/2022 | 1001 |
| | | | H5200050491 | 08/17/2018 | 03/18/2022 | 1001 |
| | | | H5200050582 | 08/23/2018 | 03/18/2022 | 1001 |
| | | | H5200050749 | 09/06/2018 | 03/18/2022 | 1001 |
| | | | H5200050871 | 09/21/2018 | 03/18/2022 | 1001 |
| | | | H5200050913 | 10/02/2018 | 03/18/2022 | 1001 |
| | | | H5200051002 | 10/17/2018 | 03/18/2022 | 1001 |
| | | | H5200051101 | 10/25/2018 | 03/18/2022 | 1001 |
| | | | H5200051119 | 10/26/2018 | 03/18/2022 | 1001 |
| | | | H5200051127 | 11/14/2018 | 03/18/2022 | 1001 |
| | | | H5200051259 | 11/20/2018 | 03/18/2022 | 1001 |
| | | | H5200051333 | 01/03/2019 | 03/18/2022 | 1001 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)