**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: HON. TIMOTHY M. REIF, JUDGE**

---------------------------------------------------------------------- X

**KING MAKER MARKETING, INC.,**                     :
                                                    :
       **Plaintiff,**                  :
                                                    :
       *v.*                          :      **No. 24-cv-00134**
                                                    :
**UNITED STATES,**                                  :
                                                    :
       **Defendant.**                  :

---------------------------------------------------------------------- X

## <u>NOTICE OF APPEAL</u>

      Notice is hereby given that plaintiff, King Maker Marketing, Inc., in the above-captioned

action, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final

judgment entered May 16, 2025 following issuance of Slip Op. 25-58 on the day prior.


                   Respectfully submitted,


                   <u>/s/John M. Peterson</u>
                   John M. Peterson
                   Richard F. O'Neill
                   Patrick B. Klein
                   NEVILLE PETERSON LLP
                   *Counsel to King Maker Marketing, Inc.*
                   One Exchange Plaza
                   55 Broadway Suite 2602
                   New York, NY 10006

May 29, 2025